# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3717
_____

LINNIE GAYLE WILLIAMS,

    Appellant/Cross Appellee,

    v.

JOE PAUL WILLIAMS,

    Appellee/Cross Appellant.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

May 6, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew D. Wheeler, The Wheeler Firm, P.A., Niceville, for Appellant/Cross Appellee.

Michael T. Webster, Shalimar, for Appellee/Cross Appellant.